**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0019 |
| ) | |
| **JOSE RAMON PIMENTEL-RIVERA, JERRY KIRKLAND-MARRERO, and KALIHEL RAMOS DE JESUS,** ) ) ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

**THIS MATTER** comes before the Court on Notices of Suggestion of Death filed by counsel for Defendants Khalil Ramos de Jesus and Jose Ramos Pimentel-Rivera, respectively. (ECF Nos. 49 and 50). The United States (the "Government") filed a response indicating that it has received information that the above-named Defendants were fatally shot on October 14, 2020, but it has yet to receive death certificates confirming the same. (ECF No. 51). The Government further states that it has no objection to the charges filed against those defendants being dismissed without prejudice while the Government obtains the death certificates. Accordingly, after careful consideration and review, it is hereby

**ORDERED** that if the Government intends to dismiss the charges in these cases, the Government shall file the appropriate motion within five (5) days of the date of this Order.

**Dated:** October 20, 2020

/s/ *Robert A. Molloy*
**ROBERT A. MOLLOY**
**District Judge**